### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ASHLEY NICHOLE MAGALLAN, individually, as surviving spouse and next friend of JESUS MAGALLAN, JR., deceased, | ) ) ) ) |
| Plaintiff, | ) Case No. 16-CV-668-CVE-FHM ) ) |
| vs. | ) ) |
| ZURICH AMERICAN INSURANCE COMPANY; and JOHN CHRISTOPHER CRELIA, | ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) |
| Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| WYOMING CASING SERVICE, INC. | ) ) |
| Third-Party Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a), Plaintiff, Ashley Nichole Magallan, individually, as surviving spouse and next friend of Jesus Magallan, Jr., deceased ("**Magallan**"), and Defendant/Third-Party Plaintiff, Zurich American Insurance Company ("**Zurich**") submit this Joint Stipulation of Dismissal based upon the settlement agreement reached by the parties. Magallan and Zurich stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Dated this 9th day of November, 2017.

s/David R. Fleury
MICHAEL J. MASTERSON, OBA # 5769
DAVID R. FLEURY, OBA # 21059
AMY E. HAMPTON, OBA # 20235
WILBURN, MASTERSON & FLEURY
2421 E. Skelly Dr.
Tulsa, Oklahoma 74105-6006
(918) 494-0414
Fax: (918) 493-3455
Email: david.fleury@wilburnmasterson.com
*Attorneys for Defendant/Third-Party Plaintiff, Zurich American Insurance Company*

s/Charles Weddle
JOE E. WHITE, JR. OBA #12930
CHARLES C. WEDDLE III OBA #18869
WHITE & WEDDLE, P.C.
630 N.E. 63rd Street
Oklahoma City, Oklahoma 73105
(405) 858-8899
(405) 858-8844 FAX
joe@whiteandweddle.com
charles@whiteandweddle.com

-and-

GARY B. HOMSEY OBA#4229
HOMSEY LAW CENTER
4816 Classen Boulevard
Oklahoma City, OK 73118
(405) 843-9923
(405) 848-4223
gbh@homseylawcenter.com
*Attorneys for Plaintiffs and Counter-Defendants, Ashley Nichole Magallan, individually, and as surviving spouse and next friend of Jesus Magallan, Jr., Deceased*

## CERTIFICATE OF MAILING

I, DAVID R. FLEURY, hereby certify that on this 9th day of November, 2017, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case:

Gary B. Homsey
Homsey Law Center
4816 Classen Boulevard
Oklahoma City, OK 73118
*Attorney for Ashley Nichole Magallan and Jesus Magallan, Jr., deceased*

Joe E. White, Jr.
Charles C. Weddle, III
White & Weddle, P.C.
630 N.E. 63rd Street
Oklahoma City, OK  73105
*Attorney for Ashley Nichole Magallan and Jesus Magallan, Jr., deceased*

Brock Bowers
Hiltgen & Brewer, P.C.
9505 North Kelley Avenue
Oklahoma City, OK 73131
*Attorney for John Christopher Crelia*

Alexandra G. Ah Loy
Johnson Hanan and Vosler
9801 N. Broadway Extension
Oklahoma City, OK 73114
*Attorney for Wyoming Casing Service, Inc.*

Ryan L. Woody
Matthiesen Wickert & Lehrer, S.C.
1111 E. Sumner Street
Hartford, WI 53027
*Attorney for Wyoming Casing Service, Inc.*

     *s/ David R. Fleury*
    **DAVID R. FLEURY**

DRF/drf

7-9497/185656　　　　　　　　　　3